■ STATE DIVISION OF HUMAN RIGHTS, on the Complaint of ARLENE PIERCE and Another, Respondents, v BLUE SHIELD OF WESTERN NEW YORK, INC., Petitioner.—Determination unanimously confirmed, with costs to respondents Pierce and Woodman (see *Brooklyn Union Gas Co. v New York State Human Rights Appeal Bd.,* 41 NY2d 84). (Proceeding pursuant to Executive Law, § 298.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Denman, JJ.

■ ROSE BARATTA, Appellant, v JOHN PALLOTTA, Doing Business as SOLVAY AUTOMOTIVE SHOP., Defendant, and VILLAGE OF SOLVAY, Respondent. —Order unanimously affirmed, without costs, on the memorandum at Special Term. (Appeal from order of Onondaga Supreme Court—motion to dismiss.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Denman, JJ.